IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW1:17CR000030-1 |
| | ) | (Financial Litigation Unit) |
| SHERRENE LUDWIG SWAYNEY | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EASTERN BAND OF CHEROKEE INDIANS, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, the Court **GRANTS** the Motion to Dismiss Writ of Garnishment [# 34]. The Court **ORDERS** that the Writ of Continuing Garnishment filed in this case against Defendant Sherrene Ludwig Swayney is **DISMISSED**.

Signed: February 13, 2018

_____
Dennis L. Howell
United States Magistrate Judge